IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
In Admiralty
CASE NO. 2:20-cv-35-M

| | |
|---|---|
| CHRISTOPHER C. BAUM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PCS PHOSPHATE COMPANY, INC., )<br>*in personam*, and THE FREIGHT )<br>BARGE VESSEL, PCS 2, OFFICIAL )<br>NUMBER 1089247, her tackle, gear, )<br>apparel, *in rem,* )<br>Defendants. ) | NOTICE OF FILING OF LETTER OF<br>UNDERTAKING<br>(Local Admiralty Rule E.9(b)) |

    Plaintiff, Christopher C. Baum, pursuant to Local Admiralty Rule E.9(b) hereby files a Letter of Undertaking executed by AIG Insurance Company of Canada, St. Paul Fire and Marine Insurance Company and Liberty Mutual Insurance Company on behalf of PCS Phosphate Company, Inc. and the Freight Barge Vessel, PCS 2, Official Number 1089247, which Plaintiff accepts to forego its arrest of the Freight Barge Vessel, PCS 2, Official Number 1089247. This undertaking shall become the **res** in place of the vessel PCS 2 and shall be deemed the subject referred to when any pleading, order or judgment in the action refers to the vessel. A copy of said letter of undertaking dated March 26, 2021 is attached hereto.

    This the 30th day of March, 2021.

                                                **WHEATLY LAW GROUP, P.A.**
                                                *Attorneys for Plaintiff*
                                                By: /s/ Stevenson L. Weeks
                                                Stevenson L. Weeks
                                                N.C. State Bar No.: 9515
                                                Email: slw@wheatlylaw.com
                                                710 Cedar Street
                                                Beaufort, North Carolina 28516
                                                Telephone: (252) 728-3158
                                                Facsimile: (252) 728-5282

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 30th day of March, 2021, 2021, electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the following:

Kevin L. Chignell         kevinchignell@parkerpoe.com

James Lynn Werner         jimwerner@parkerpoe.com

This the 30th day of March, 2021.

**WHEATLY LAW GROUP, P.A.**
*Attorneys for Plaintiff*
By: /s/ Stevenson L. Weeks
Stevenson L. Weeks
N.C. State Bar No.: 9515
Email: slw@wheatlylaw.com
710 Cedar Street
Beaufort, North Carolina 28516
Telephone: (252) 728-3158
Facsimile: (252) 728-5282